IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **STEVEN CRAWFORD,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Case No. 2:25-cv-183 | |
| § | | |
| **COIL TUBING PARTNERS, LLC,** § | | |
| § | | |
| **Defendant.** § | **JURY TRIAL DEMANDED** | |
| § | | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Steven Crawford hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Steven Crawford, Plaintiff

Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601

        Respectfully submitted,

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**