AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Steven Crawford )
_____ )
*Plaintiff(s)* )
v. )
)
Coil Tubing Partners, LLC )   Civil Action   2:25-cv-183
_____ )
*Defendant(s)* )
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant Coil Tubing Partners, LLC, C/O its agent for service of process:
CT Corporation System, at 1999 Bryan St, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Douglas B. Welmaker
    Welmaker Law PLLC
    505 E. Magrill St.
    Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, *Clerk of Court*

Date: July 23, 2025

*s/ Verlinda Rios*
*Signature of Clerk or Deputy Clerk*

**Came to hand on 07-23-2025 @ 11:16 A.M.**

**RETURN ATTACHED**

**DRLS**
516 West Annie St.
Austin, Texas 78704
6108

UNITED STATES DISTRICT COURT
for the Southern District of Texas

| | | | |
|---|---|---|---|
| Steven Crawford, | Plaintiff | § | Civil Action No. 2:25-cv-183 |
| vs. | | § | |
| Coil Tubing Partners, LLC, | Defendant | § | **PROOF OF SERVICE AFFIDAVIT** |

     Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. My address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2025.

Came to hand on July 23, 2025, at 11:16 a.m. Summons in a Civil Action with Plaintiff's Original Complaint, Clerks Notice Regarding Consent to Jurisdiction of Magistrate Judge, Standing Order on Initial Discovery Protocols for FLSA Cases Not Plead as Collective Actions, and Order for Initial Pretrial and Scheduling Conference and Disclosure of Interested Parties, for service on <u>Defendant Coil Tubing Partners, LLC</u>.

<u>Executed on July 29, 2025</u>, at 8:34 p.m., by delivering to registered agent, CT Corporation Systems, by delivering to its employee/agent via U.S.P.S. certified mail, return receipt requested, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, (see return receipt attached.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service and Statement of Service Fees is true and correct."

Printed Name: <u>Tod E. Pendergrass</u>

Service Fee $ <u>101.00</u>     Re: Welmaker/6108

Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

STATE OF TEXAS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on August 3, 2025.



STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form pursuant to FRCP 4(l)(1)]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coil Tubing Partners, LLC
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, Texas 75201

9590 9402 8921 4064 0925 11

2. Article Number (Transfer from service label)
9589 0710 5270 0393 4393 16

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Zubair Rouse
C. Date of Delivery: JUL 29 2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    WELM 6108    Domestic Return Receipt