UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN CRAWFORD | § | |
| | § | CIVIL ACTION NO. 2:25-cv-00183 |
| | § | |
| v. | § | |
| | § | JUDGE NELVA GONZALES RAMOS |
| | § | |
| COIL TUBING PARTNERS, LLC | § | |

## DEFENDANT COIL TUBING PARTNERS, LLC'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES Coil Tubing Partners, LLC ("Defendant" or "CTP"), who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in compliance with this Honorable Court's Order, files this its Certificate of Interested Parties and certifies, based on current information, knowledge and belief, that the following listed parties, persons and entities are financially interested in the outcome of this case:

1. Steven Crawford
   Plaintiff

2. Douglas B. Welmaker
   Wellmaker Law, PLLC
   Counsel for Plaintiff

3. Coil Tubing Partners, LLC[1]
   Defendant

4. Liza Aguilar Wood
   McKibben, Martinez & Wood, LLP
   Counsel for Defendant

---

[1] Coil Tubing Partners, LLC is a Louisiana limited liability company. It is not publicly traded and no publicly traded company has any ownership interest in Coil Tubing Partners, LLC.

     5.     Joel P. Babineaux
          Babineaux, Poché, Anthony & Slavich, LLC
          Counsel for Defendant
          *Motion for Pro Hac Vice Admission to be Filed*

Respectfully submitted,

/s/ *Liza Aguilar Wood*
Liza Aguilar Wood
*Attorney-in-Charge*
Texas State Bar No. 24006741
Federal ID No. 23222
McKibben, Martinez & Wood, L.L.P.
555 N. Carancahua St., Suite 1100
Corpus Christi, TX 78401
Phone: (361) 882-6611
Fax: (361) 883-8353
E-mail: laguilarwood@mmjw-law.com

Attorneys for Coil Tubing Partners, LLC

Joel P. Babineaux
*Of Counsel*
Louisiana State Bar No. 21455
Babineaux, Poche', Anthony & Slavich, L.L.C.
1201 Camellia Blvd., Third Floor
Lafayette, LA 70508
P.O. Box 52169
Lafayette, LA  70502-2169
Phone: (337) 984-2505
Fax: (337) 984-2503
Email:  jbabineaux@bpasfirm.com

Attorneys for Coil Tubing Partners, LLC

APPLICATION FOR ADMISSION
PRO HAC VICE TO BE SUBMITTED

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 13, 2025, in compliance with Federal Rule of Civil Procedure 5 and the Southern District of Texas Administrative Procedures for Electronic Filing at paragraph 9, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill St.
Longview, TX  75601
Phone: (512) 499-2048

                                  */s/ Liza Aguilar Wood*
                                  Liza Aguilar Wood