| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:25-cv-00183 |
|---|---|---|---|
| **Steven Crawford** ||||
| *versus* ||||
| **Coil Tubing Partners, LLC** ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joel P. Babineaux<br>Babineaux, Poche', Anthony & Slavich, LLC<br>1201 Camellia Blvd., Third Floor<br>Lafayette, LA  70508<br>Phone: (337) 984-2505; Fax: (337) 984-2503<br>Email: jbabineaux@bpasfirm.com   LA Bar #21455 |
|---|---|

| Name of party applicant seeks to appear for: | Coil Tubing Partners, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __ No __X__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   8/14/25 | Signed: | */s/Joel P. Babineaux* |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                                              United States District Judge