

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF GOOD STANDING
## and
## STATEMENT OF DISCIPLINE

I, Daniel J. McCoy, Clerk of the United States District Court for the Western District of Louisiana, do hereby certify that

## JOEL P. BABINEAUX #21455

was duly admitted to practice as an attorney in this Court on October 30, 1992 and is currently in good standing in this Court. There have been no disciplinary actions nor are there any pending disciplinary actions with this Court.

THUS DONE AND SIGNED at Shreveport, Louisiana, on August 6, 2025.

Daniel J. McCoy
Clerk of Court

By: _____
Deputy Clerk