United States District Court
Southern District of Texas

**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:25-cv-00183 |
|---|---|---|---|

**Steven Crawford**

*versus*

**Coil Tubing Partners, LLC**

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joel P. Babineaux<br>Babineaux, Poche', Anthony & Slavich, LLC<br>1201 Camellia Blvd., Third Floor<br>Lafayette, LA 70508<br>Phone: (337) 984-2505; Fax: (337) 984-2503<br>Email: jbabineaux@bpasfirm.com   LA Bar #21455 |
|---|---|

| Name of party applicant seeks to appear for: | Coil Tubing Partners, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/14/25 | Signed: | /s/Joel P. Babineaux |
|---|---|---|

The state bar reports that the applicant's status is: Eligible

| Dated: 8/14/2025 | Clerk's signature | *Brandy Cortez* |
|---|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: August 14, 2025

_____
United States District Judge