# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Steven Crawford

v.  Case Number: 2:25−cv−00183

Coil Tubing Partners, LLC

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**LOCATION:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 10/9/2025

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 2, 2025                                        Nathan Ochsner, Clerk