UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| STEVEN CRAWFORD | § |
| | § CIVIL ACTION NO. 2:25-cv-00183 |
| v. | § |
| | § |
| COIL TUBING PARTNERS, LLC | § |

**DEFENDANT COIL TUBING PARTNERS, LLC'S
UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE**

TO THE HONORABLE U.S. DISTRICT JUDGE NELVA GONZALES RAMOS:

COMES NOW, Defendant, Coil Tubing Partners, LLC, and files this its Unopposed Motion to Substitute Attorney-In-Charge, and would respectfully show the Court the following:

**I.**

Liza Aguilar Wood of the firm McKibben, Martinez & Wood, LLP, Attorney-In-Charge for Defendant, Coil Tubing Partners, LLC, wishes to withdraw as Attorney-In-Charge for Defendant, Coil Tubing Partners, LLC and substitute Joel P. Babineaux of the firm Babineaux, Poche', Anthony & Slavich, LLC, as Attorney-In-Charge. Liza Aguilar Wood will remain Of Counsel.

**II.**

Liza Aguilar Wood has conferred with counsel for Plaintiff, Douglas B. Welmaker, and he is not opposed to this motion.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant, Coil Tubing Partners, LLC, prays that the Court grant this motion and that Joel P. Babineaux of the firm Babineaux,

Poche', Anthony & Slavich, LLC is hereby substituted in as Attorney-In-Charge for Defendant, Coil Tubing Partners, LLC, and that Liza Aguilar Wood of the firm McKibben, Martinez & Wood, LLP, remain as Of Counsel for Defendant Coil Tubing Partner, LLC.

Respectfully submitted,

*/s/ Liza Aguilar Wood*
Liza Aguilar Wood
*Attorney-in-Charge*
Texas State Bar No. 24006741
Federal ID No. 23222
MCKIBBEN, MARTINEZ & WOOD, LLP
555 N. Carancahua St., Suite 1100
Corpus Christi, TX 78401
Phone: (361) 882-6611
Fax: (361) 883-8353
E-mail: laguilarwood@mmjw-law.com


*/s/ Joel P. Babineaux*
Joel P. Babineaux
*Of Counsel*
Louisiana State Bar No. 21455
*Admitted Pro Hac Vice*
BABINEAUX, POCHE', ANTHONY
& SLAVICH, LLC
1201 Camellia Blvd., Third Floor
Lafayette, LA 70508
P.O. Box 52169
Lafayette, LA  70502-2169
Phone: (337) 984-2505
Fax: (337) 984-2503
Email:  jbabineaux@bpasfirm.com

**ATTORNEYS FOR COIL TUBING PARTNERS, LLC**

**CERTIFICATE OF CONFERENCE**

I, Liza Aguilar Wood, conferred with counsel for Plaintiff, Douglas B. Welmaker, on this the 8th day of October, 2025, and he is not opposed to the filing of this Motion to Substitute Attorney-In-Charge.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, in compliance with Federal Rule of Civil Procedure 5 and the Southern District of Texas Administrative Procedures for Electronic Filing at paragraph 9, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Douglas B. Welmaker
Welmaker Law, PLLC
505 E. Magrill St.
Longview, TX  75601
Phone: (512) 499-2048

*/s/Liza Aguilar Wood*
Liza Aguilar Wood