UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN CRAWFORD | § § | |
| | § | CIVIL ACTION NO. 2:25-cv-00183 |
| v. | § § | |
| | § | |
| COIL TUBING PARTNERS, LLC | § § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO**
**<u>SUBSTITUTE ATTORNEY-IN-CHARGE</u>**

On this day came on to be heard Defendant Coil Tubing Partners, LLC's Unopposed Motion to Substitute Attorney-In-Charge. The Court, after reviewing the Motion, finds that the Motion is well-founded and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Liza Aguilar Wood of the firm of McKibben, Martinez & Wood, LLP, be withdrawn as Attorney-In-Charge and that Joel P. Babineaux of the firm Babineaux, Poche', Anthony & Slavich, LLC be substituted as Attorney-In-Charge.

SIGNED this the _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
NELVA GONZALES RAMOS