UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN CRAWFORD | § | |
| | § | CIVIL ACTION NO. 2:25-cv-00183 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| COIL TUBING PARTNERS, LLC | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Steven Crawford ("Plaintiff"), who submits this Unopposed Motion to Dismiss With Prejudice and with respect, represents as follows:

1.

Plaintiff no longer desires to pursue his claims and respectfully requests that all of the claims against Coil Tubing Partners, LLC ("Defendant") in the above-captioned lawsuit be dismissed, with prejudice, with each party to bear their own respective court costs, attorney's fees and expenses.

2.

Counsel for Plaintiff has conferred with counsel for Defendant regarding this matter and the subject of this Motion and the Final Judgment of Dismissal With Prejudice submitted herewith and he has expressed no objection to same and he consents to the granting and issuance of same.

WHEREFORE, premises considered, Plaintiff respectfully requests the relief prayed for herein.

Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill Street
Longview, TX 75601
Phone: 512-499-2048
Email: doug@welmakerlaw.com
Attorneys for Steven Crawford

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on January 8, 2026.

/s/ Douglas B. Welmaker
Douglas B. Welmaker