UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN CRAWFORD | § § § | CIVIL ACTION NO. 2:25-cv-00183 |
| v. | § § § | |
| COIL TUBING PARTNERS, LLC | § § | |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Steven Crawford therein against Coil Tubing Partners, LCC be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their own respective court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this _____ day of _____, 2026 in Corpus Christi, Texas.

HONORABLE NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE